# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 14, 2015

Lyle W. Cayce
Clerk

No. 15-30346
Summary Calendar

RONALD T. ALSUP,

      Plaintiff - Appellant

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; PROVIDENT LIFE
& ACCIDENT INSURANCE COMPANY; UNUM PROVIDENT
CORPORATION,

      Defendants - Appellees

Appeal from the United States District Court
For the Western District of Louisiana
USDC No. 5:13-CV-256

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:*

      Plaintiff-Appellant Ronald T. Alsup, M.D., appeals the district court's dismissal of this, his second lawsuit advancing his claim of total disability against Defendants-Appellees, Unum Life Insurance Company of America; Provident Life & Accident Insurance Company; and Unum Provident Corporation (collectively "Unum") as issuers of a disability insurance policy

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30346

governed by the Employment Retirement Income Security Act ("ERISA"). We affirm.

Our review of the record on appeal, including the briefs and excerpts of the parties and the March 18, 2015 Memorandum Ruling of the district court, convinces us beyond cavil that the court's Judgment of even date is not just free of reversible error, but is imminently correct. We are satisfied that, at bottom, it was Dr. Alsup, not Unum's administrative review personnel, who was arbitrary and capricious throughout the course of that process. For essentially the reasons carefully and patiently explicated by the district court in its Memorandum Ruling, we affirm the above said Judgment.

AFFIRMED.